IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT MC CURRY, et al.,** | ) | |
| Plaintiffs, | ) | 8:08CV448 |
| vs. | ) | ORDER |
| **CITY OF OMAHA, et al.,** | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' response (Filing No. 4) to the court's February 5, 2009, Order to Show Cause (Filing No. 3). The plaintiffs' response seeks additional time to serve the defendants based on the plaintiffs' attempts to secure intervention by the U.S. Department of Justice. Additionally, the plaintiffs' counsel has been in contact with counsel for the defendants who has agreed to accept service. Although Fed. R. Civ. P. 4(m) establishes a 120-day time limit for service of process on the defendant in a civil case, the plaintiffs have shown good cause for an extension of the time limit. Upon consideration,

**IT IS ORDERED:**

The plaintiffs shall have to **on or before March 13, 2009**, to effect service of the summons and complaint upon the defendants.

Dated this 20th day of February, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge