**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ROBERT McCURRY, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV448 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JERALD SWANSON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Response to Order to Show Cause Re Discovery Sanctions (Filing No. 52). On October 5, 2010, the court granted the plaintiffs' Motion to Compel (Filing No. 45) and required the defendants to show cause why sanctions should not be imposed. **See** Filing No. 48. The parties have conferred and agreed to the amount of $200.00, to compensate the plaintiffs for their costs associated with the motion to compel. The court finds the agreement is reasonable in this instance. Accordingly, the court will award the plaintiffs' attorney fees in the amount of $200.00. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs are awarded reasonable attorney fees in the **amount of $200.00** for bringing the September 14, 2010, Motion to Compel (Filing No. 45).

2. The Clerk of Court shall, at the time of entry of judgment in this case, make this award a part of the judgment entered, unless before that time the parties certify that the award has been satisfied.

DATED this 1st day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge