# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT McCURRY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV448 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JERALD SWANSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on March 16, 2011. The parties made an oral motion to extend briefing deadlines for the recently filed cross-motions for summary judgment. In accordance with the discussion with counsel,

**IT IS ORDERED:**

1. The parties shall have to **on or before April 1, 2011**, to file any response to the opposing party's motion for summary judgment.

2. The parties shall have **ten (10) days** from the date the court rules on the pending motions for summary judgment (Filing Nos. 63 and 66), in which to schedule a telephone planning conference to schedule the case through the final pretrial conference and trial. Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

DATED this 16th day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge