IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT MC CURRY, et al.,**          )<br>                                                            )<br>             **Plaintiffs,**                   )<br>                                                            )<br>**v.**                                                     )<br>                                                            )<br>**JERALD SWANSON, et al.,**            )<br>                                                            )<br>             **Defendants.**                )  | 8:08CV448<br><br>ORDER |

Upon notice of settlement following a settlement conference on November 17, 2011,

**IT IS ORDERED that:**

1.   **On or before December 14, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.   The pretrial conference and trial previously scheduled are cancelled and the motion to compel (Filing No. 81) is terminated upon the representation that this case is resolved.

DATED this 23rd day of November, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge