IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT MCCURRY, et al, | ) | Case No. 8:08CV448 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JERALD SWANSON, et al, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 68 and the Notice of Acceptance of Offer to Allow Judgment (filing no. 98),

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Christopher McCurry in the amount of $2,500.00, in favor of Plaintiff Melanie McCurry in the amount of $2,500.00, in favor of Plaintiff Robert McCurry in the amount of $47,500.00, and judgment of attorney fees in favor of Michael B. Kratville in the amount of $32,500.00, and against Defendant, City of Omaha.

DATED this 21st day of December, 2011.

                                                    DENISE M. LUCKS,
                                                  Clerk of Court


                                            By :    _s/Kathy M. Griess
                                                        Kathy M. Griess
                                                        Deputy Clerk