# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT McCURRY, et al. | ) | **8:08CV448** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JERALD SWANSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(2) and the stipulation of all parties (filing no. 100),

IT IS ORDERED that the individual defendants Jerald Swanson, Robert Wondra, Paul Latchar, Paul Milone, Brett Becker, Ryan Sedlacek, and Edith Andersen are hereby dismissed with prejudice.

Dated this 6th day of March, 2012.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge